PD-1673-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/28/2015 10:26:40 AM
Accepted 12/28/2015 1:52:06 PM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS, AT AUSTIN

**Harold James Harris**
Appellant

FILED IN
COURT OF CRIMINAL APPEALS

December 28, 2015

ABEL ACOSTA, CLERK

v.

**The State of Texas**
Appellee

On Appeal from Bexar County in Case No. 384759, from County Court at Law Number 1, the Hon. John D. Fleming, Judge Presiding and the Opinion of the Fourth Court of Appeals in Case No. 04-14-00888-CR, Delivered November 25, 2015.

## Motion for Extension of Time to File Petition for Discretionary Review

TO THE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COME NOW, Harold James Harris, by and through David A. Schulman, his undersigned attorney of record, and respectfully files this "Motion for Extension of Time to File Petition for Discretionary Review," asking that the Court grant a thirty (30) day extension of time in which Appellant may file a petition for discretionary review, and would show the Court as follows:

## Procedural History

Appellant was convicted of driving while intoxicated on the 5th day of December, 2014, in the County Court at Law Number 1, of Bexar County and sentenced to 180 days in jail and a fine of One Thousand Dollars ($1,000). Notice of Appeal was timely given and an appeal prosecuted. The Court of Appeals' opinion from which review is sought was delivered by the Fourth Court of Appeals for Texas at San Antonio, in Case No. 04-14-00888-CR, which was delivered on November 25, 2015. Appellant's timely filed motion for rehearing was overruled by the Court of Appeals on December 10, 2015. Petition for discretionary review is timely if filed with the Clerk of the Court or properly addressed and post-marked on or before January 9, 2016.

## Reason Extension Should Be Granted

The undersigned will be representing Appellant in his petition for discretionary review. The undersigned's schedule is such that properly completing the petition by the second week in January is all but impossible. Consequently, the undersigned requests that the Court grant an extension of time in which the petition may be filed for a period of thirty (30) days.

2

## Prayer

WHEREFORE, PREMISES CONSIDERED, Movant respectfully prays that this Honorable Court will grant Appellant a thirty (30) day extension of time in which the petition for discretionary review may be filed, until February 8, 2016, or until such time as set by the Court.

Respectfully submitted,

_____
**David A. Schulman**
Attorney at Law
1801 East 51st Street, Suite 365474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282
eMail: zdrdavida@davidschulman.com

State Bar Card No. 17833400

Attorney for Harold James Harris

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 412 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on December 28, 2015, a true and correct copy of the above and foregoing "Motion for Extension of Time to File Petition for Discretionary Review" was transmitted via the eService function on the State's eFiling portal or via electronic mail (eMail) to Andrew W. Warthen (awarthen@bexar.org), counsel of record for the State of Texas, and to Lisa McMinn (Lisa.McMinn@SPA.texas.gov), the State's Prosecuting attorney.

**David A. Schulman**